IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LORAN PERKINS,

    Plaintiff,                    No. CIV S-06-0760 DFL DAD P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested a lengthy extension of time to submit a new in forma pauperis application pursuant to the court's April 21, 2006 order. Good cause appearing, the request will be granted. Plaintiff is cautioned that he must submit his completed application to prison officials in accordance with institutional procedures. IT IS HEREBY ORDERED that:

        1. Plaintiff's requests filed May 22, 2006, and May 25, 2006, for enlargement of time are granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to submit a properly completed and certified in forma pauperis application.

DATED: May 30, 2006.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
perk0760.36