IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LORAN PERKINS,

       Plaintiff,                    No. CIV S-06-0760 DFL DAD P

   vs.

SCOTT KERNAN, et al.,

       Defendants.          <u>ORDER</u>

        Plaintiff has requested a 30- to 60-day enlargement of time to file "the evidence" and "the documents requested." On October 18, 2006, plaintiff was ordered to complete a Notice of Submission of Documents, one summons form, and six USM-285 forms, and to return those documents to the court with seven true and exact copies of the endorsed complaint filed April 7, 2006. Plaintiff was provided with all necessary forms and a copy of the endorsed complaint. Plaintiff has not been directed to submit evidence. Plaintiff's request does not show good cause for an extension of time of any length. The court will, however, grant plaintiff an additional fifteen days.

        Plaintiff has also requested an order awarding him preference in law library access for 90 days in order "to pro se litigate, correctly." Plaintiff's informal request is defective in several ways. The court denies the request because plaintiff has no litigation deadline in this case

1

during the next 90 days other than the due date for submitting forms and copies for service of process.

IT IS ORDERED that:

1. Plaintiff's November 6, 2006 request for enlargement of time is granted in part; and

2. Plaintiff is granted an extension of time to December 4, 2006, in which to submit the documents required by the court's October 18, 2006 order.

DATED: November 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
perk0760.36nos