IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY LORAN PERKINS,** | 2:06-CV-0760 DFL DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Hooper, Johnson-Dovey, Penner, Nguyen, Van Cor, and Wallace are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before Wednesday, February 28, 2007.

DATED: January 26, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/perk0760.eotresp