IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LORAN PERKINS,

    Plaintiff,                              No. CIV S-06-0760 DFL DAD P

   vs.

SCOTT KERNAN, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff also requests that the court issue an order allowing him ninety days access to the California Correctional Institutional Law Library. Plaintiff does not allege that he has attempted to use the law library for legal research and been denied. Thus, he has not

1

demonstrated that his right of access to the courts is being impaired.  Plaintiff's request for a court order allowing him ninety days access to the law library will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 5, 2007 motion for the appointment of counsel is denied; and

2. Plaintiff's March 5, 2007 request for a court order allowing him ninety days access to the law library is denied.

DATED: March 14, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
perk0760.31