IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LORAN PERKINS,

    Plaintiff,                   No. CIV S-06-0760 DFL DAD P

    vs.

SCOTT KERNAN, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On March 14, 2007, plaintiff filed a discovery motion, requesting the court to issue an order that requires the defendants to provide plaintiff with color photographs of the two medical technicians who worked in the New Folsom Administrative Segregation Unit from June 2005 through October 2005. Plaintiff alleges that the photographs will help him identify defendant J. Nguyen, now named as John Doe, who has yet to be served. Plaintiff is advised that the Federal Rules of Civil Procedure relating to discovery do not support such a request. Defendants are not obligated to serve as an investigator for plaintiff or to produce such evidence. Accordingly, the court will deny plaintiff's discovery motion.

        On March 16, 2007, plaintiff requested an extension of time to file an opposition to defendants' motion to dismiss. Plaintiff timely filed his opposition on March 26, 2007. Accordingly, plaintiff's request for an extension of time will be denied as unnecessary.

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Plaintiff's March 14, 2007 discovery motion is denied; and

3  2. Plaintiff's March 16, 2007 request for an extension of time is denied as

4 unnecessary.

5 DATED: April 12, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
perk0760.36d

2