IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LORAN PERKINS,

    Plaintiff,                        No. CIV S-06-0760 JKS DAD P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                 ORDER

         On March 6, 2008, plaintiff filed with this court a letter he had addressed to Warden Hubbard regarding his efforts to exhaust his administrative remedies in order to pursue his civil rights claims in federal court. This civil rights action was closed on February 8, 2008. Plaintiff is advised that documents filed by plaintiff since that closing date will be disregarded and no orders will issue in response to future filings.

DATED: March 13, 2008.

                                             /s/ Dale A. Drozd
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:9
perk0760.58